1

2

3

4

5

6

7          IN THE UNITED STATES DISTRICT COURT

8      FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   JAMES E. SMITH,                    )   No. C 11-0121 LHK (PR)
                                       )
10              Plaintiff,             )   ORDER OF DISMISSAL
                                       )   WITHOUT PREJUDICE
11      v.                             )
                                       )
12  WARDEN A. HEDGEPATH, et al.,       )
                                       )
13              Defendants.            )
                                       )
14  _____

15      On January 10, 2011, Plaintiff, proceeding pro se, filed a civil rights complaint pursuant

16  to 42 U.S.C. § 1983.  The same day, the Clerk notified Plaintiff that he had not paid the filing fee

17  nor had he filed an application to proceed in forma pauperis ("IFP").  That notification was

18  returned to the Court with the notation that it was undeliverable.  The Clerk re-sent its

19  notification on March 31, 2011.  Along with the deficiency notice, Plaintiff was provided with a

20  new IFP application and instructions for completing it.  Plaintiff was further cautioned that his

21  failure to either file a completed IFP application or pay the filing fee within thirty days would

22  result in the dismissal of this action.  To date, Plaintiff has not communicated with the Court.

23  Accordingly, the instant action is DISMISSED without prejudice to Plaintiff filing a new action

24  in which he either pays the filing fee or files a completed IFP application.  The Clerk shall enter

25  judgment and close the file.

26      IT IS SO ORDERED.

27  Dated:   5/12/11                    _____
                                        LUCY H. KOH
28                                      United States District Judge

Order of Dismissal Without Prejudice
P:\PRO-SE\SJ.LHK\CR.11\Rasheed121disifp.wpd